**Robert WOOTEN, Plaintiff–Appellant,**

v.

**State of CALIFORNIA; et al., Defendants–Appellees.**

No. 09–15560.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 30, 2010.

Robert Wooten, Stockton, CA, pro se.

Jeffrey I. Bedell, Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Robert Wooten appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that the defendants violated his First and Tenth Amendment rights by virtue of a California Supreme Court decision legalizing same-sex marriage in California. We have jurisdiction under 28 U.S.C. § 1291. We review de novo an order granting a motion to dismiss. *Sacks v. Office of Foreign Assets Control*, 466 F.3d 764, 770 (9th Cir. 2006). We affirm for the reasons stated by the district court.

We do not consider Wooten's arguments raised for the first time on appeal. *See Bias v. Moynihan*, 508 F.3d 1212, 1223 (9th Cir.2007).

Wooten's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.